UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MARK T BANNING  
    MICHELLE E BANNING  
    Debtor(s)

Case No. 10-46500

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2010.

2) The plan was confirmed on 02/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2011.

5) The case was converted on 10/11/2011.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $37,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,700.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,700.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $423.49 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,423.49** |

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 2,811.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE SURGICAL CARE | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE TIL PAYDAY | Unsecured | 1,631.00 | NA | NA | 0.00 | 0.00 |
| ALL AMERICAN CASH ADVANCE | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 3,200.00 | 6,109.15 | 6,109.15 | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,102.00 | 414.56 | 414.56 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 3,419.00 | 3,471.60 | 3,471.60 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,940.00 | 1,940.01 | 1,940.01 | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 9,584.00 | NA | NA | 0.00 | 0.00 |
| BELL WEST COMMUNITY CU | Unsecured | 1,344.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| CARY CHIROPRACTIC | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,172.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 46,262.43 | 1,692.61 | 1,692.61 | 1,692.61 | 0.00 |
| CITIMORTGAGE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DECATUR MEDICAL CREDIT UNION | Unsecured | 8,800.00 | 404.00 | 8,224.56 | 0.00 | 0.00 |
| DETEX AGENCY & ASSOCIATES | Unsecured | 1,563.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,700.00 | 1,100.04 | 1,100.04 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,100.00 | 749.80 | 749.80 | 0.00 | 0.00 |
| FAST CASH IN A FLASH | Unsecured | 3,728.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 1,256.00 | 1,256.00 | 1,256.00 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 3,128.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Unsecured | 22,600.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CATALOG SALES | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 42,925.49 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 30,724.36 | 30,724.36 | 30,724.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,196.47 | 12,196.47 | 12,196.47 | 0.00 | 0.00 |
| LAKE COOK ORTHOPEDIC ASSOC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 2,669.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOANS LLC | Unsecured | 2,500.00 | 5,477.15 | 5,477.15 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,500.00 | 1,328.98 | 1,328.98 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| PHONE COMPANY CREDIT | Unsecured | 7,355.00 | 12,403.25 | 12,403.25 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 9,793.19 | 9,793.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,614.00 | 1,595.65 | 1,595.65 | 0.00 | 0.00 |
| PRO DENTAL CARE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL NEUROLOGICAL SER | Unsecured | 3,628.00 | 3,122.31 | 3,122.31 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,887.00 | 1,886.90 | 1,886.90 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,100.00 | 9,100.00 | 9,100.00 | 1,154.52 | 60.66 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,900.00 | 3,834.59 | 3,834.59 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| TIME 2 TAN | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| TJ MAXX | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYSICIA | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 1,977.52 | 1,977.52 | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 10,250.00 | 10,250.00 | 10,250.00 | 1,300.40 | 68.32 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,692.61 | $1,692.61 | $0.00 |
| Debt Secured by Vehicle | $19,350.00 | $2,454.92 | $128.98 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,042.61** | **$4,147.53** | **$128.98** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,196.47 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$12,196.47** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$95,409.62** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,423.49 |
| Disbursements to Creditors | $4,276.51 |
| **TOTAL DISBURSEMENTS** : | **$7,700.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/24/2011         By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**